Law Library

IN THE SUPERIOR COURT OF GUAM

SUPERIOR COURT
OF GUAM

2009 SEP 10 AM 11: 01

PEOPLE OF GUAM ) CRIMINAL CASE NO. CF 308-09
)
)
vs. ) **DECISION**
) **(Release On Personal recognizance)**
CHRISTOPHER M. MAGLONA )
)
)
Defendant. )

This matter was heard on September 8, 2009, before the HONORABLE ELIZABETH BARRETT-ANDERSON on Defendant's Motion for Pre-Trial Release on Personal Recognizance. Defendant was present and represented by Attorney Douglas Moylan. Assistant Attorney General Brian Kelly appeared in opposition.

Defendant has an extensive criminal history involving robbery and theft (CF 163-08 dismissed 5/12/08; CF 232-97 theft; CF 321-97 robbery). He is also a registered sex offender in CF 286-02. The current charges involve allegations of robbery by pulling over citizens on the public roadways of Guam impersonating a police officer in the course. These acts, if true, are reprehensible random crimes against the community at large committed under the guise of law enforcement. The Court strongly agrees with the factors noted in the Attorney General's Opposition

Based on 8 G.C.A §40.15(b) the Court finds that Defendants release will "endanger the safety" of the community at large. The Court, therefore, DENIES bail on personal recognizance.

**SO ORDERED.**

HONORABLE ELIZABETH BARRETT-ANDERSON
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

Dated at Hagatna, Guam

_____ 9/10 20 09

Tammy L. Pinaula
Deputy Clerk, Superior Court of Guam